UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                          Plaintiff,

v.                                                                          Civil Action No. 3:18-cv-826-DJH

CRYSTAL KAY PEYTON, et al,                                                      Defendants.

\* \* \* \* \*

**WARNING ORDER AND ORDER APPOINTING WARNING ORDER ATTORNEY**

WARNING ORDER

A Warning Order is hereby issued to Defendant, Unknown Spouse of Crystal Kay Peyton, notifying the defendant of this action; warning the defendant to appear and defend herein within fifty (50) days from the date of this Order; and warning the defendant that failure to appear within the time specified may result in judgment being entered against the defendant for the relief requested in the complaint.

APPOINTMENT OF WARNING ORDER ATTORNEY

TO:    Jeffrey S. Moad                        , Warning Order Attorney
       Stites and Harbison PLLC
       400 West Market Street, Suite 1800
       Louisville, Kentucky 40202
       (502) 587-3400                         , Phone Number
       jmoad@stites.com                       , Email Address

Pursuant to FRCP 4, CR 4.05, and CR 4.07, you are hereby appointed as Warning Order Attorney for defendant, Unknown Spouse of Crystal Kay Peyton, whose last known address is 601 John Henry Road, Taylorsville, KY 40071.

1

A Warning Order has been issued this date to the defendant, notifying the defendant of this action; warning the defendant to appear and defend herein within fifty (50) days from the date of the Warning Order; and warning the defendant that failure to appear within the time specified may result in judgment being entered against the defendant for the relief requested in the complaint.

As Warning Order Attorney, you shall make diligent efforts to inform these defendants, by mail, concerning the pendency and nature of this action against these defendants, and shall report the result of your efforts to this Court within fifty (50) days from the date of entry of this Order. Within ten (10) days thereafter, you shall file a motion for attorney fees and costs, with fees not to exceed $500.

If the Warning Order Attorney knows or learns that these defendants are of unsound mind or under a legal disability, such information shall be included in the report filed herein, and upon filing of such report, the Warning Order Attorney shall become the guardian ad litem for such defendant.

Further, the Warning Order Attorney's Taxpayer Identification Number shall be supplied to the United States Attorney's Office to effectuate the electronic transfer of funds when authorized by this Court.

March 6, 2019

**David J. Hale, Judge**
**United States District Court**

cc: A. George Mason, Jr.
    Jeff Moad
    Defendants